AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Beesley, Bruce T. | United States Bankruptcy Court for the District of Nevada | 05/25/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| full time bankruptcy judge | ☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Bankruptcy Court
C Clifton Young Federal Bldg & U S Court House
300 Booth Street
Reno, NV 89509-1317

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Judicial Chair of the Southwest Bankruptcy Conference Advisory Board | American Bankruptcy Institute |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | �alted█████████████ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 3/6/15 to 3/10/15 | New York, NY | Moot Court Duberstein | Lodging, meals, transportation |
| 2. | State Bar of Nevada | 6/1/15 | Las Vegas, NV | Teach CLE | Transportation |
| 3. | State Bar of Nevada | 7/7/15 to 7/11/15 | Seattle, WA | Teach CLE/Bar Convention | Lodging, transportation |
| 4. | American Bankruptcy Institute | 9/10/15 to 9/12/15 | Las Vegas, NV | Teach CLE/BK Conference | Lodging, meals, transportation |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beesley, Bruce T. | 05/25/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beesley, Bruce T. | 05/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▓▓▓▓ Retirement Account - no control - See Part VIII additi | E | Int./Div. | O | T | | | | | |
| 2. Greater Nevada Credit Union - Account #1 | A | Interest | | | Closed | 10/01/15 | K | | |
| 3. Greater Nevada Credit Union - Account #3 | A | Interest | K | T | Open | 10/01/15 | K | | |
| 4. Greater Nevada Credit Union - Account #2 | A | Interest | K | T | | | | | |
| 5. Wells Fargo Investments IRA #1 (H) | A | Int./Div. | O | T | | | | | |
| 6. ---Wells Fargo Cash Sweep | | | | | | | | | |
| 7. ---Wells Fargo Bank Emerging Mkts Bskt | | | | | Matured | 04/08/15 | L | | |
| 8. ----Wells Fargo Bank S&P 500 Index | | | | | | | | | |
| 9. ---Wells Fargo Bank NA Rogers Intl CMDTY IDX CD | | | | | Matured | 10/08/15 | L | | |
| 10. Wells Fargo Investments IRA #2 (H) | A | Int./Div. | M | T | | | | | |
| 11. ---Wells Fargo Cash Sweep | | | | | | | | | |
| 12. ---Wells Fargo Bank Emerging Mkts Bskt | | | | | Matured | 04/08/15 | K | | |
| 13. ---Wells Fargo Bank S&P 500 Index | | | | | | | | | |
| 14. ---Wells Fargo Bank NA Rogers Intl CMDTY IDX CD | | | | | Matured | 10/08/15 | K | | |
| 15. Wells Fargo Cash Deposit Account (H) | | | | | | | | | |
| 16. ----Wells Fargo Bank Deposit Sweep-Cash | A | Int./Div. | J | T | | | | | |
| 17. ----Wendys Arbys Group Inc | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beesley, Bruce T. | 05/25/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ---- Franklin Templeton LTD Duration Income Tr | A | Int./Div. | J | T | | | | | |
| 19. Wells Fargo Cash Sweep-Cash Account | A | Interest | M | T | | | | | |
| 20. Wells Fargo Checking and Savings | A | Interest | L | T | | | | | |
| 21. Krispy Kreme Doughnuts (Common) (Y) - See Part VIII additional informa | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Beesley, Bruce T. | 05/25/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Item #1, [redacted] Retirement Account - no control. This is a retirement account for a law firm with 200 attorneys and additional employees. This retirement fund qualifies for the common investment fund exemption where the financial interest is indrect due to the number of participants and size and diversity of investments.

Part VII, Item #21, Krispy Kreme Doughnuts (Common). This asset is 10 shares of the common stock. The value of the 10 shares at 12/31/15 was $15.07 per share for a total of $150.70. This item does not meet the reporting requirements to be included as the fair market value is less than $1,000 and the income received is less than $200 per year.

| Name of Person Reporting | Date of Report |
|---|---|
| Beesley, Bruce T. | 05/25/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bruce T. Beesley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544